### 6396.  GILLIARD v. THE STATE.

RUSSELL, C. J.  The State, by proving the corpus delicti, the venue, and the recent possession of the stolen property, and its sale by the defendant, made a prima facie case. Whether the defendant's explanation of his possession of the property was consistent with his innocence and satisfactory to the jury was a matter exclusively for them. In such a case, in the absence of error upon the trial, the Court of Appeals is without authority to interfere.

2. The motion for a new trial was based upon the usual general grounds, and was properly overruled.          *Judgment affirmed.*

DECIDED NOVEMBER 19, 1915.

Indictment for larceny from house; from Irwin superior court—Judge George. February 1, 1915.

*Hendricks, Mills & Hendricks,* for plaintiff in error.

*Joseph B. Wall, solicitor-general,* contra.